**Electronically Filed
Supreme Court
SCPW-16-0000439
14-JUN-2016
07:59 AM**

SCPW-16-0000439

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NELSON WAIKIKI, JR., Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 13-1-0428)

<u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Nelson Waikiki Jr.'s "Petition for Habeas Corpus," filed on May 31, 2016, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner has alternative means to seek the requested relief and presents no special reason for this court to invoke its jurisdiction at this time. See <u>Oili v. Chang</u>, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976) (the supreme court "will not exercise its original jurisdiction in habeas corpus proceedings when relief is available in a lower court and no special reason exists for invoking its jurisdiction"). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the appellate clerks' office shall file the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, June 14, 2016.



/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson